MARY E. BECK, as Administratrix of LOUIS BECK, Deceased, Appellant, v. THE CATHOLIC UNIVERSITY OF AMERICA, Respondent.

*Beck* v. *Catholic University of America,* 96 App. Div. 627, affirmed.
(Argued April 2, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 5, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Alton B. Parker* and *Allen Caruthers* for appellant.

- *Abram I. Elkus* and *Joseph M. Proskauer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.    Absent: O'BRIEN, J.

————————

JESSIE O'CONNOR, Appellant, v. FREDERICK J. WORTMAN et al., Appellants and JOHN SEIBERT, JR., as Executor and Trustee under the Will of FRANCIS BAUMAN, Deceased, Respondent, Impleaded with Another.

*O'Connor* v. *Wortman,* 110 App. Div. 920, affirmed.
(Argued April 3, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1906, affirming a judgment of Special Term in an action for the construction of the will of Francis Bauman, deceased.

*Francis A. McCoskey* and *Jesse Silbermann* for appellants.

*Charles A. B. Pratt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.    Absent: O'BRIEN, J.